United States Courts
Southern District of Texas
ENTERED

NOV 17 2003

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSSEL GIBAUT | § | CIVIL ACTION NO. H-03-2514 |
| | § | |
| V. | § | |
| | § | JURY TRIAL DEMANDED |
| DUKE ENERGY CORPORATION, | § | |
| DUKE ENERGY NORTH AMERICA, INC., | § | Honorable Vanessa D. Gilmore |
| DUKE ENERGY MERCHANTS, LLC | § | |

## ORDER

It is hereby ORDERED as follows:

1. Plaintiff is granted leave to amend his Complaint within 20 days after entry of this Order.

2. Defendants shall have ~~45~~ 30 days after the filings of the Second Amended Complaint to plead or otherwise move.

3. Plaintiff shall have ~~30~~ 20 days after the filing of motions to file a response.

4. Defendants shall have 15 days after the filing of the response to file a reply. ~~if necessary~~.

5. The Initial Scheduling Conference set for December 5, 2003, shall ~~be reset the first available date after the Court rules on motions in response to the amended complaint~~ take place as scheduled.

Signed this 12th day of November, 2003

_____
UNITED STATES DISTRICT JUDGE

15