IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

DEC 2 9 2003

| | | |
|---|---|---|
| RUSSELL GIBAUT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. H-03-2514 |
| v. | § | JUDGE VANESSA D. GILMORE |
| | § | |
| DUKE ENERGY CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has considered the Defendants' and Plaintiff's Joint Motion to Dismiss With Prejudice, and has determined that it should be granted.

IT IS THEREFORE ORDERED that the Defendants' and Plaintiff's joint motion is GRANTED, and this case is dismissed WITH PREJUDICE.

Signed this _____ day of _____ 2003.

_____
The Honorable Vanessa D. Gilmore
United States District Judge

30611202 1